# Court of Appeals
# of the State of Georgia

ATLANTA,  April 01, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0042. IN THE INTEREST OF S. H. et al.**

Upon consideration of the Applicant's motion for an extension of time to file his application for discretionary appeal, it is ordered that the request for an extension is hereby GRANTED. The Applicant shall file his application no later than June 1, 2022.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/01/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*